IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BRENDA S. LACQUEMENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-06-973-D |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Pursuant to 42 U. S. C. § 405(g), the plaintiff brought this action for judicial review of the final decision of Defendant Commissioner of the Social Security Administration ("Commissioner") denying the plaintiff's application for disability insurance benefits and supplemental security income payments under the Social Security Act. The matter was referred to United States Magistrate Judge Bana Roberts for proceedings in accordance with 28 U. S. C. § 636(b)(1)(B).

On August 29, 2007, the Magistrate Judge filed a Report and Recommendation [Doc. No. 26] in which she recommended that the Commissioner's decision be reversed and the matter remanded for further proceedings. The Magistrate Judge also advised the parties of their right to file objections to the Report and Recommendation, and she scheduled a September 18, 2007 deadline for filing such objections. She also expressly advised the parties that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions set forth in the Report and Recommendation.

The September 18, 2007 deadline has expired, and neither party has filed an objection or sought an extension of time in which to do so. Accordingly, the Report and Recommendation [Doc.

No. 26] is ADOPTED as though fully set forth herein. The decision of the Commissioner is REVERSED, and this matter is remanded for further proceedings, as set forth in the Report and Recommendation.

IT IS SO ORDERED this 10th day of October, 2007.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE