IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BRENDA S. LACQUEMENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-06-973-D |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | | |

## ORDER

Plaintiff brought this action for review of the decision of the Commissioner of Social Security Administration denying Plaintiff's application for Disability Insurance Benefits and Supplemental Security Income. After review, the Court remanded the case for further proceedings in accordance with sentence four of 42 U. S. C. § 405(g).

Plaintiff has now filed a Petition for the Award of Attorney Fees [Doc. No. 28], seeking an award of attorney fees pursuant to 28 U.S.C. § 2412(d), the Equal Access to Justice Act ("EAJA"). EAJA permits an award of attorney fees to a prevailing plaintiff in certain actions against the government, including Social Security claims. Because Plaintiff successfully obtained a remand of the Defendant's decision in this action, she is a "prevailing party" within the meaning of EAJA, and is entitled to an award of reasonable attorney fees.

Plaintiff's counsel submits supporting documentation for the requested award of $5,816.10 for services performed in this case; the fee is based on hourly rates approved by the Social Security Administration during the relevant time period. In response, Defendant agrees that Plaintiff is entitled to recover her attorney fees as the prevailing party in this matter, and he does not object to

the amount of the fee requested.

The Court has reviewed the application and the supporting documentation reflecting the legal work performed on behalf of Plaintiff. That documentation includes a description of the work performed and the date on which it was performed; it also reflects the hourly rate charged for each entry and the total hours expended for each dated entry. The Court concludes that Plaintiff has provided the necessary documentation to support the total fee award requested; the Court further finds that the total amount requested represents a reasonable attorney fee for the work performed in this case.

Accordingly, Plaintiff's petition [Doc. No. 28] for an award of EAJA fees in the amount of $5,816.10 is GRANTED. Defendant is directed to pay that amount to Plaintiff in accordance with *Manning v. Astrue*, 510 F.3d 1246 (10th Cir. 2007).

IT IS SO ORDERED this  16th   day of April, 2008.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

**4**

4